No. 87–160. GRANT, SUPERINTENDENT, CORRECTIONS CAMP PROGRAM *v.* CASPER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–1227. KEMP, WARDEN *v.* DIX. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–220. CITY OF SANTA BARBARA *v.* HALL ET UX. C. A. 9th Cir. Motion of Golden State Mobilehome Owners League, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 87–730. UNITED STATES *v.* MEYER ET AL. C. A. D. C. Cir. Motions of respondents Judith Hand, Mary Daily, Robert Coleman, Susan Blake, and Mindy Washington for leave to proceed *in forma pauperis* granted. Certiorari denied.